[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12583
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00152-CB-C-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR HUGO SERMENO,
a.k.a. Carlos,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(May 15, 2013)

Before MARCUS, MARTIN and FAY, Circuit Judges

PER CURIAM:

Eleanor J. Jones, appointed counsel for Victor Sermeno in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed

a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sermeno's conviction and sentence are **AFFIRMED**.